IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UMB BANK, N.A., as Plan Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 19-1090-CFC |
| ) | |
| SUN CAPITAL PARTNERS V, LP, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

At Wilmington this 10th day of July, 2019, the above-captioned case having been transferred to this court from the Southern District of Florida a for referral to the United State Bankruptcy Court for the District of Delaware;

IT IS ORDERED that the above-captioned case is referred to the United States Bankruptcy Court for the District of Delaware.

_____
United States District Judge