CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:19−cv−01090−CFC

UMB Bank, N.A. v. Sun Capital Partners V, L.P. et al
Assigned to: Judge Colm F. Connolly
 Case in other court:  Florida Southern, 9:19−cv−80074
Cause: 28:1331 Fed. Question

Date Filed: 06/12/2019
Date Terminated: 07/11/2019
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**UMB Bank, N.A.**
*as Plan Trustee of The Limited Creditors' Liquidating Trust*


V.

**Defendant**

**Sun Capital Partners V, L.P.**


**Defendant**

**Sun Mod Fashions IV, LLC**


**Defendant**

**Sun Mod Fashions V, LLC**


**Defendant**

**H.I.G. Sun Partners, LLC**


| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2019 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C−11323348, filed by UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 01/17/2019) |
| 01/17/2019 | 2 | Clerks Notice of Judge Assignment to Judge Robin L. Rosenberg and Magistrate Judge Bruce E. Reinhart. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Bruce E. Reinhart is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (pcs) [Transferred from Florida Southern on 6/14/2019.] (Entered: 01/18/2019) |
| 01/18/2019 | 3 | Clerks Notice to Filer re: Electronic Case. Party(ies) Improperly Formatted. The Filer failed to enter the party name(s) in accordance with the CM/ECF Format for Adding Parties for Attorneys Guide. The correction was made. It is not necessary to re−file the document. (pcs) [Transferred from Florida Southern on 6/14/2019.] (Entered: 01/18/2019) |
| 01/23/2019 | 4 | Corporate Disclosure Statement by UMB Bank, N.A. (Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 01/23/2019) |
| 03/04/2019 | 5 | ORDER SETTING STATUS CONFERENCE, CALENDAR CALL, AND TRIAL DATE, ORDER OF REQUIREMENTS, AND ORDER OF REFERENCE TO MAGISTRATE JUDGE: ( Jury Trial set for 1/21/2020 09:00 AM in West Palm Beach Division before Judge Robin L. Rosenberg., Calendar Call set for 1/15/2020 09:00 AM before Judge Robin L. Rosenberg., Status Conference set for 12/18/2019 09:30 AM |

| | | |
|---|---|---|
| | | before Judge Robin L. Rosenberg.), Signed by Judge Robin L. Rosenberg on 3/4/2019. *See attached document for full details.* (drz) |
| | | ***Pattern Jury Instruction Builder*** – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/04/2019) |
| 03/04/2019 | 6 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Eric D. Madden. Filing Fee $ 75.00 Receipt # 113C–11443010 by UMB Bank, N.A.. Responses due by 3/18/2019 (Attachments: # 1 Text of Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/04/2019) |
| 03/04/2019 | 7 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Gregory S. Schwegmann. Filing Fee $ 75.00 Receipt # 113C–11443051 by UMB Bank, N.A.. Responses due by 3/18/2019 (Attachments: # 1 Text of Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/04/2019) |
| 03/05/2019 | 8 | CERTIFICATE OF SERVICE by UMB Bank, N.A. re 1 Complaint, (Attachments: # 1 Exhibit A)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/05/2019) |
| 03/06/2019 | 9 | PAPERLESS ORDER granting 6 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Eric D. Madden. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/06/2019) |
| 03/06/2019 | 10 | PAPERLESS ORDER granting 7 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Gregory S. Schwegmann. Signed by Magistrate Judge Bruce E. Reinhart on 3/6/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/06/2019) |
| 03/12/2019 | 11 | NOTICE of Attorney Appearance by Jodi Ann Avila on behalf of H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Attorney Jodi Ann Avila added to party H.I.G. Sun Partners, LLC(pty:dft), Attorney Jodi Ann Avila added to party Sun Capital Partners V, L.P.(pty:dft), Attorney Jodi Ann Avila added to party Sun Mod Fashions IV, LLC(pty:dft), Attorney Jodi Ann Avila added to party Sun Mod Fashions V, LLC(pty:dft). (Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/12/2019 | 12 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael A. Duffy. Filing Fee $ 75.00 Receipt # 113C–11466930 by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 3/26/2019 (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Certification Oursuant to Rule 4(b), # 3 Text of Proposed Order)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/12/2019 | 13 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael C. McCutcheon. Filing Fee $ 75.00 Receipt # 113C–11467003 by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 3/26/2019 (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Certification Pursuant to Rule 4(b), # 3 Text of Proposed Order)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/12/2019 | 14 | STANDING DISCOVERY ORDER FOR MAGISTRATE JUDGE BRUCE REINHART. Signed by Magistrate Judge Bruce E. Reinhart on 3/12/2019. *See attached document for full details.* (drz) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/12/2019 | 15 | PAPERLESS ORDER denying without prejudice to renew 12 Motion to Appear Pro Hac Vice for Attorney Michael A. Duffy; denying without prejudice to renew 13 Motion to Appear Pro Hac Vice for Attorney Michael C. McCutcheon. Local counsel did not consent to electronically serve all documents and things that may be served |

| | | electronically or consent to serving documents in compliance with the CM/ECF Administrative Procedures. Please use the language contained in the sample motion found on the Court's website. Signed by Magistrate Judge Bruce E. Reinhart on 3/12/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
|---|---|---|
| 03/12/2019 | 16 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael A. Duffy. Pay.gov Agency Tracking ID 113C−11467003. Filing Fee $ 75.00 by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 3/26/2019 (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Certification Pursuant to Rule 4(b), # 3 Text of Proposed Order)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/12/2019 | 17 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael C. McCutcheon. Pay.gov Agency Tracking ID 113C−11466930. Filing Fee $ 75.00 by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 3/26/2019 (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Certification Pursuant to Rule 4(b), # 3 Text of Proposed Order)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/12/2019) |
| 03/13/2019 | 18 | PAPERLESS ORDER granting 16 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Michael A. Duffy. Signed by Magistrate Judge Bruce E. Reinhart on 3/13/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/13/2019) |
| 03/13/2019 | 19 | PAPERLESS ORDER granting 17 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Michael C. McCutcheon. Signed by Magistrate Judge Bruce E. Reinhart on 3/13/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/13/2019) |
| 03/18/2019 | 20 | MOTION to Change Venue *and Incorporated Memorandum of Law in Support* by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 4/1/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/18/2019) |
| 03/18/2019 | 21 | MOTION to Dismiss 1 Complaint, by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. Responses due by 4/1/2019 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/18/2019) |
| 03/21/2019 | 22 | MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Michael J. Yoder. Filing Fee $ 75.00 Receipt # 113C−11495393 by UMB Bank, N.A.. Responses due by 4/4/2019 (Attachments: # 1 Text of Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/21/2019) |
| 03/21/2019 | 23 | Joint MOTION for Extension of Time to File Responses and Replies for: Defendants' Joint Motion to Transfer Venue and Incorporated Memorandum of Law in Support and Defendants' Joint Rule 12(b)(6) Motion to Dismiss and Incorporated Memorandum of Law in Support re 20 MOTION to Change Venue *and Incorporated Memorandum of Law in Support*, 21 MOTION to Dismiss 1 Complaint, by UMB Bank, N.A.. Responses due by 4/4/2019 (Attachments: # 1 Text of Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/21/2019) |
| 03/24/2019 | 24 | PAPERLESS ORDER granting 22 Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Attorney Michael J. Yoder. Signed by Magistrate Judge Bruce E. Reinhart on 3/25/2019. (hk02) [Transferred from Florida Southern on 6/14/2019.] (Entered: |

| | | |
|---|---|---|
| | | 03/24/2019) |
| 03/25/2019 | 25 | PAPERLESS ORDER granting 23 Motion for Extension of Time. The Plaintiff shall have through and including April 15, 2019 to file its Response to the Defendants' Joint Motion to Transfer Venue and its Response to Defendants' Joint Rule 12(b)(6) Motion to Dismiss (collectively, the "Motions"). The Defendants shall have through and including April 22, 2019, to file their Replies in Support of the Motions. Signed by Judge Robin L. Rosenberg on 3/25/2019. (bkd) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/25/2019) |
| 03/26/2019 | 26 | Joint MOTION for Extension of Time to File Joint Scheduling Report and Proposed Order by UMB Bank, N.A.. Responses due by 4/9/2019 (Attachments: # 1 Exhibit A−Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 03/26/2019) |
| 04/02/2019 | 27 | PAPERLESS ORDER granting 26 Motion for Extension of Time. The parties shall file the Joint Scheduling Report and Proposed Order within two weeks after the later entryof the Courts Orders on Defendants' Motion to Change Venue [ECF No. 20] or Defendants' Motion to Dismiss [ECF No. 21]. Signed by Judge Robin L. Rosenberg on 4/2/2019. (bkd) [Transferred from Florida Southern on 6/14/2019.] (Entered: 04/02/2019) |
| 04/15/2019 | 28 | RESPONSE in Opposition re 20 MOTION to Change Venue *and Incorporated Memorandum of Law in Support Plaintiff's Opposition to Defendants' Joint Motion to Transfer Venue* filed by UMB Bank, N.A.. Replies due by 4/22/2019. (Attachments: # 1 Affidavit Declaration of Gregory Schwegmann)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 04/15/2019) |
| 04/15/2019 | 29 | RESPONSE in Opposition re 21 MOTION to Dismiss 1 Complaint, *Plaintiff's Opposition to Joint Rule 12(b)(6) Motion to Dismiss and Memorandum of Law in Support* filed by UMB Bank, N.A.. Replies due by 4/22/2019. (Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 04/15/2019) |
| 04/22/2019 | 30 | REPLY to Response to Motion re 21 MOTION to Dismiss 1 Complaint, filed by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. (Attachments: # 1 Exhibit J)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 04/22/2019) |
| 04/22/2019 | 31 | REPLY to Response to Motion re 20 MOTION to Change Venue *and Incorporated Memorandum of Law in Support* filed by H.I.G. Sun Partners, LLC, Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC. (Attachments: # 1 Exhibit N, # 2 Exhibit O, # 3 Exhibit P, # 4 Exhibit Q)(Avila, Jodi) [Transferred from Florida Southern on 6/14/2019.] (Entered: 04/22/2019) |
| 05/01/2019 | 32 | Plaintiff's MOTION for Leave to File *a Sur−Reply Regarding Rule 12(b)(6) Motion to Dismiss* by UMB Bank, N.A.. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Murena, Kenneth) [Transferred from Florida Southern on 6/14/2019.] (Entered: 05/01/2019) |
| 05/14/2019 | 33 | PAPERLESS ORDER denying 32 Motion for Leave to File. If the Reply contains any improper argument, the Court will not consider such argument. If the Court decides that a sur−reply is necessary, the Court will order a sur−reply. Signed by Judge Robin L. Rosenberg on 5/14/2019. (bkd) [Transferred from Florida Southern on 6/14/2019.] (Entered: 05/14/2019) |
| 06/11/2019 | 34 | ORDER Granting 20 Defendant's Motion to Transfer Venue. Signed by Judge Robin L. Rosenberg on 6/11/2019. *See attached document for full details.* (drz) [Transferred from Florida Southern on 6/14/2019.] (Entered: 06/12/2019) |
| 06/11/2019 | | Case transferred to District of Deleware electronically. (drz) [Transferred from Florida Southern on 6/14/2019.] (Entered: 06/12/2019) |
| 06/14/2019 | 35 | Record of case transferred in from District of Florida Southern; Case Number in Other District: 9:19−cv−80074. Copy of Docket Sheet and original file (Entered: 06/14/2019) |
| 06/14/2019 | 36 | Local Counsel Letter sent. Notice of Compliance deadline set for 7/15/2019. (nmg) (Entered: 06/14/2019) |

| 06/19/2019 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 06/19/2019) |
|---|---|---|
| 07/03/2019 | <u>37</u> | STATEMENT re <u>29</u> Answering Brief in Opposition, <u>30</u> Reply to Response to Motion, *// Matters Requiring Judicial Action* by UMB Bank, N.A.. (O'Neill, James) (Entered: 07/03/2019) |
| 07/11/2019 | <u>38</u> | ORDER Transferring Case to the District of Delaware Bankruptcy Court re <u>37</u> Statement filed by UMB Bank, N.A., <u>34</u> Order on Motion to Change Venue. Signed by Judge Colm F. Connolly on 7/10/2019. (nmf) (Entered: 07/11/2019) |
| 07/11/2019 | | CASE CLOSED per D.I. <u>38</u> . (nmf) (Entered: 07/11/2019) |
| 07/11/2019 | | Remark: Copies of D.I. <u>38</u> mailed to out of state counsel at the addresses listed on the local counsel letter. (nmf) (Entered: 07/11/2019) |