# CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 16th day of July, 2019, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Notice of Appearance and Request for Service of Papers**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

Re Limited Stores C., 17-10124 (KBO)
*UMB Bank, NA v Sun Capital Partners V, LP, et al.*
Adv. Proc. No. 19-50272 (KBO)
Doc #224537
02-First Class Mail

(Counsel to Defendants)
Baker & McKenzie LLP
Jodi A. Avila
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami FL 33131

(Counsel to Defendants)
Baker & McKenzie LLP
Michael A. Duffy
Michael C. McCutcheon
300 East Randolph Street, Suite 5000
Chicago, IL 60601