# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.* | Case No. 17-10124 (KBO) |
| | (Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee, | |
|     Plaintiff, | Adv. Proc. No. 19-50272 (KBO) |
| v. | |
| Sun Capital Partners V, L.P., *et al.,* | |
|     Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Michael A. Duffy of Baker & McKenzie LLP, 300 East Randolph Street, Suite 5000, Chicago, IL 60601 to represent Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC, in connection with the above-captioned bankruptcy cases, the above-captioned adversary proceeding and any related matters and proceedings.

Dated: July 25, 2019  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory W. Werkheiser*  
Gregory W. Werkheiser (#3553)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, DE 19899-1347  
Telephone: (302) 658-9200  
Email: gwerkheiser@mnat.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I, Michael A. Duffy, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 24, 2019
Chicago, IL

                */s/ Michael A. Duffy*
                Michael A. Duffy
                BAKER & McKENZIE LLP
                300 East Randolph Street, Suite 5000
                Chicago, Illinois 60601
                Telephone: (312) 861-8000
                Facsimile: (312) 861-2899
                Email: michael.duffy@bakermckenzie.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: July 25th, 2019
Wilmington, Delaware

                **KAREN B. OWENS**
                **UNITED STATES BANKRUPTCY JUDGE**