IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.* | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee,<br><br>    Plaintiff,<br><br>    v.<br><br>Sun Capital Partners V, L.P., *et al.,*<br><br>    Defendants. | Adv. Proc. No. 19-50272 (KBO) |

**NOTICE OF COMPLETION OF BRIEFING**

PLEASE TAKE NOTICE that on January 17, 2019, the plaintiff (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") filed a complaint in the United States District Court for the Southern District of Florida, thereby commencing an action (the "Action") against defendants Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC and H.I.G. Sun Partners, LLC (collectively, the "Defendants").

PLEASE TAKE FURTHER NOTICE that on March 18, 2019, the Defendants filed *Defendants' Joint Motion to Transfer Venue and Incorporated Memorandum of Law in Support* (D.I. 20)[1] (the "Motion to Transfer Venue") and *Defendants' Joint Rule 12(b)(6) Motion to Dismiss and Incorporated Memorandum of Law in Support* (D.I. 21) (the "Motion to Dismiss").

---

[1] Docket item references are to the docket of the United States District Court for the Southern District of Florida, Case No. 19-80074.

PLEASE TAKE FURTHER NOTICE that on April 15, 2019, the Plaintiff filed oppositions to the Motion to Transfer Venue and Motion Dismiss (D.I. 28, 29).

PLEASE TAKE FURTHER NOTICE that on April 22, 2019, briefing on the Motion to Transfer Venue and the Motion to Dismiss was completed (D.I. 30, 31).

PLEASE TAKE FURTHER NOTICE that on June 12, 2019, the District Court for the Southern District of Florida granted the Motion to Transfer Venue, thereby transferring venue of the Action to the United States District Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that on July 10, 2019, the United States District Court for the District of Delaware referred the Adversary Proceeding to this Court.

PLEASE TAKE FURTHER NOTICE that, as previously mentioned, briefing is complete on the Motion to Dismiss and the following papers have been filed in connection therewith:

| TAB | BRIEFING AND OTHER PAPERS | D.I. |
|---|---|---|
| 1. | Original Complaint | 1 |
| 2. | Defendants' Joint Rule 12(b)(6) Motion to Dismiss and Incorporated Memorandum of Law in Support | 21 |
| 3. | Plaintiff's Opposition to Joint Rule 12(b)(6) Motion to Dismiss and Memorandum of Law in Support | 29 |
| 4. | Defendants' Reply in Support of its Rule 12(b)(6) Motion to Dismiss | 30 |

[CONTINUED ON NEXT PAGE]

PLEASE TAKE FUTHER NOTICE that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing copies of this notice and the pleadings identified above will be delivered to chambers.[2]

Dated: August 27, 2019
      Wilmington, Delaware     **MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (#3553)
John DiTomo (#4850)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: gwerkheiser@mnat.com
      jditomo@mnat.com

-and-

Michael A. Duffy
Michael C. McCutcheon
BAKER & McKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email: michael.duffy@bakermckenzie.com
      michael.mccutcheon@bakermckenzie.com

*Attorneys for Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC*

---

[2]   Copies of the pleadings are also attached hereto as **Exhibits 1 - 4**.