**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.* | Case No. 17-10124 (KBO) |
| | (Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee, | |
|      Plaintiff, | Adv. Proc. No. 19-50272 (KBO) |
|      v. | |
| Sun Capital Partners V, L.P., *et al.,* | |
|      Defendants. | |

## STIPULATION REGARDING DEADLINE TO ANSWER COMPLAINT

Plaintiff UMB Bank, N.A., as Plan Trustee, (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") and defendants Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC and H.I.G. Sun Partners, LLC (the "Defendants") hereby stipulate and agree (the "Stipulation"), by and through undersigned counsel, as follows:

WHEREAS, on January 17, 2019, the Plaintiff filed a complaint (the "Complaint") in the United States District Court for the Southern District of Florida, thereby commencing an action (the "Action") against the Defendants;

WHEREAS, on March 18, 2019, the Defendants filed *Defendants' Joint Motion to Transfer Venue and Incorporated Memorandum of Law in Support* (the "Motion to Transfer

Venue") and *Defendants' Joint Rule 12(b)(6) Motion to Dismiss and Incorporated Memorandum of Law in Support* (the "Motion to Dismiss");

WHEREAS on June 12, 2019, the District Court for the Southern District of Florida granted the Motion to Transfer Venue, thereby transferring venue of the Action to the United States District Court for the District of Delaware;

WHEREAS on July 10, 2019, the United States District Court for the District of Delaware referred the Adversary Proceeding to this Court;

WHEREAS on January 23, 2020, the Court entered an order denying the Motion to Dismiss (A.D.I. 18);

WHEREAS, pursuant to rule 7012(a) of the Federal Rules of Bankruptcy Procedure, the deadline for the Defendants to answer the Complaint is February 6, 2020; and

WHEREAS, pursuant to rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Defendants and the Plaintiff have agreed to extend the deadline by which the Defendants must answer the Complaint to February 20, 2020.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff and the Defendants, as follows:

1.      The deadline by which the Defendants must answer the Complaint shall be February 20, 2020.

2.      This Stipulation is without prejudice to rights of the parties hereto to request further extensions of the deadline set forth herein.

3.      The Court shall retain jurisdiction with respect to the enforcement, implementation and interpretation of this Stipulation.

January 31, 2020

| | |
|---|---|
| **PACHULSKI STANG ZIEHL**<br>**& JONES LLP** | **MORRIS NICHOLS ARSHT**<br>**& TUNNELL LLP** |

| | |
|---|---|
|   */s/ James E. O'Neill*               | */s/ Matthew O. Talmo*      |
| Bradford J. Sandler (#4142) | Robert J. Dehney (#3578) |
| James E. O'Neill (#4042) | John DiTomo (#4850) |
| 919 N. Market Street, 17th Floor | Matthew O. Talmo (#6333) |
| P O Box 8705 | 1201 North Market Street, Suite 1600 |
| Wilmington, DE 19899 (Courier 19801) | Wilmington, DE 19801 |
| Telephone: (302) 652-4100 | Telephone:  (302) 658-9200 |
| Email: bsandler@pszjlaw.com | Facsimile: (302) 658-3989 |
|        joneill@pszjlaw.com | Email: rdehney@mnat.com |
| |       jditomo@mnat.com |
|    -and- |       mtalmo@mnat.com |
| Eric D. Madden |    -and- |
| Gregory S. Schwegmann | Michael A. Duffy |
| **REID COLLINS & TSAI LLP** | Michael C. McCutcheon |
| Thanksgiving Tower | **BAKER & McKENZIE LLP** |
| 1601 Elm Street, 42nd Floor | 300 East Randolph Street, Suite 5000 |
| Dallas, Texas 75201 | Chicago, Illinois 60601 |
| Telephone: (214) 420-8900 | Telephone: (312) 861-8000 |
| Email: emadden@rctlegal.com | Facsimile: (312) 861-2899 |
|       gschwegmann@rctlegal.com | Email: michael.duffy@bakermckenzie.com |
| |      michael.mccutcheon@bakermckenzie.com |
| *Attorneys for Plaintiff UMB Bank, N.A., as Plan Trustee* | *Attorneys for Defendants Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC* |