# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | : | Case No. 17-10124 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| **UMB BANK, N.A.,** as Plan Trustee of | : | |
| The Limited Creditors' Liquidating Trust, | : | Adversary Proceeding |
| | : | No. 19-50272 (KBO) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUN CAPITAL PARTNERS V, LP,** | : | |
| **SUN MOD FASHIONS IV, LLC,** | : | |
| **SUN MOD FASHIONS V, LLC,** and | : | |
| **H.I.G. SUN PARTNERS, LLC,** | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE THAT on April 17, 2020, the Trustee served the Trustee's Initial Disclosures Under Federal Rule of Civil Procedure 26(a)(1) upon the parties listed below via electronic mail and first-class U.S. mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LSC Wind Down, LLC (f/k/a Limited Stores Company, LLC) (6463); LS Wind Down, LLC (f/k/a Limited Stores, LLC) (0165); and TLSGC Wind Down, LLC (f/k/a The Limited Stores GC, LLC) (6094).

DOCS_DE:228261.1 51411/003

| | |
|---|---|
| Robert J. Dehney<br>John DiTomo<br>Matthew O. Talmo<br>MORRIS NICHOLS<br>ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>rdehney@mnat.com<br>jditimo@mnat.com<br>mtalmo@mnat.com | Michael A. Duffy<br>Michael C. McCutcheon<br>BAKER MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>michael.duffy@bakermckenzie.com<br>micheal.mccutcheon@bakermckenzie.com |

Dated: April 17, 2020                                         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
 (302) 652-4100 (T)
 (302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

-and-

Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

*Counsel to UMB Bank, N.A., as Plan Trustee of
The Limited Creditors' Liquidating Trust*