# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | : | Case No. 17-10124 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| **UMB BANK, N.A.,** as Plan Trustee of | : | |
| The Limited Creditors' Liquidating Trust, | : | Adversary Proceeding |
| | : | No. 19-50272 (KBO) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUN CAPITAL PARTNERS V, LP,** | : | |
| **SUN MOD FASHIONS IV, LLC,** | : | |
| **SUN MOD FASHIONS V, LLC,** and | : | |
| **H.I.G. SUN PARTNERS, LLC,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE THAT on April 23, 2020, the Trustee served the (i) Trustee's First Set of Interrogatories to Defendants, and (ii) Trustee's First Set of Requests for Production to Defendants upon the parties listed below via electronic mail:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LSC Wind Down, LLC (f/k/a Limited Stores Company, LLC) (6463); LS Wind Down, LLC (f/k/a Limited Stores, LLC) (0165); and TLSGC Wind Down, LLC (f/k/a The Limited Stores GC, LLC) (6094).

| | |
|---|---|
| Robert J. Dehney<br>John DiTomo<br>Matthew O. Talmo<br>MORRIS NICHOLS<br>ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>rdehney@mnat.com<br>jditimo@mnat.com<br>mtalmo@mnat.com | Michael A. Duffy<br>Michael C. McCutcheon<br>BAKER MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>michael.duffy@bakermckenzie.com<br>micheal.mccutcheon@bakermckenzie.com |

Dated: April 24, 2020                                            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
 (302) 652-4100 (T)
 (302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

-and-

Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

*Counsel to UMB Bank, N.A., as Plan Trustee of*
*The Limited Creditors' Liquidating Trust*