IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | : | Case No. 17-10124 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| **UMB BANK, N.A.,** as Plan Trustee of | : | |
| The Limited Creditors' Liquidating Trust, | : | Adversary Proceeding |
| | : | No. 19-50272 (KBO) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUN CAPITAL PARTNERS V, LP,** | : | |
| **SUN MOD FASHIONS IV, LLC,** | : | |
| **SUN MOD FASHIONS V, LLC,** and | : | |
| **H.I.G. SUN PARTNERS, LLC,** | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**NOTICE OF SERVICE OF SUBPOENAS**

PLEASE TAKE NOTICE THAT on April 27, 2020, the Trustee served the: (i) Notice of Subpoena on Berkeley Research Group and (ii) Notice of Subpoena on Kirkland & Ellis, LLP via Electronic Mail on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LSC Wind Down, LLC (f/k/a Limited Stores Company, LLC) (6463); LS Wind Down, LLC (f/k/a Limited Stores, LLC) (0165); and TLSGC Wind Down, LLC (f/k/a The Limited Stores GC, LLC) (6094).

| | |
|---|---|
| Robert J. Dehney<br>John DiTomo<br>Matthew O. Talmo<br>MORRIS NICHOLS<br>ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>rdehney@mnat.com<br>jditimo@mnat.com<br>mtalmo@mnat.com | Michael A. Duffy<br>Michael C. McCutcheon<br>BAKER MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>michael.duffy@bakermckenzie.com<br>micheal.mccutcheon@bakermckenzie.com |

Dated: April 27, 2020　　　　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　　　Bradford J. Sandler (Bar No. 4142)
　　　　　　　　　　　　　　　　　　　　　　James E. O'Neill (Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　P O Box 8705
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　　　 (302) 652-4100 (T)
　　　　　　　　　　　　　　　　　　　　　　 (302) 652-4400 (F)
　　　　　　　　　　　　　　　　　　　　　　bsandler@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　joneill@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　Eric D. Madden (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Gregory S. Schwegmann (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Michael J. Yoder (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　REID COLLINS & TSAI LLP
　　　　　　　　　　　　　　　　　　　　　　1601 Elm Street, Suite 4200
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　(214) 420-8900 (T)
　　　　　　　　　　　　　　　　　　　　　　(214) 420-8909 (F)
　　　　　　　　　　　　　　　　　　　　　　emadden@reidcollins.com
　　　　　　　　　　　　　　　　　　　　　　gschwegmann@reidcollins.com
　　　　　　　　　　　　　　　　　　　　　　myoder@reidcollins.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to UMB Bank, N.A., as Plan Trustee of*
　　　　　　　　　　　　　　　　　　　　　　*The Limited Creditors' Liquidating Trust*