**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>LSC Wind Down, LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br>(Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee,<br>Plaintiff,<br>v.<br>Sun Capital Partners V, L.P., *et al.,*<br>Defendants. | Adv. Proc. No. 19-50272 (KBO) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ben A. Barnes of Reid Collins & Tsai, LLP to represent UMB Bank, N.A., the Plan Trustee, in these cases and any related adversary proceedings.

Dated: August 21, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Tel: (302) 652-4100
Fax:  (302) 652-4400
Email: joneill@pszjlaw.com

*Counsel to the Plan Trustee*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Texas and Colorado, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 21, 2020                    */s/ Ben A. Barnes*
Ben A. Barnes
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 420-8900
Facsimile: (214) 420-8909
Email: bbarnes@reidcollins.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.