# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **LSC WIND DOWN, LLC, *et al.*,** [1] | Case No. 17-10124 (KBO) |
| Debtors. | (Jointly Administered) |
| **UMB BANK, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust,** |  |
| Plaintiff, | Adversary Proceeding No. 19-50272 (KBO) |
| v. |  |
| **SUN CAPITAL PARTNERS V, LP; SUN MOD FASHIONS IV, LLC; SUN MOD FASHIONS V, LLC; and HIG SUN PARTNERS, LLC,** |  |
| Defendants. |  |

## ORDER APPROVING STIPULATED PROTECTVE ORDER

Upon consideration of *Stipulated Protective Order* (the "Protective Order"), attached hereto as **Exhibit 1**, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Protective Order is hereby approved.

2. The Protective Order shall become effective immediately upon entry of this order.

*[Signature: Ka B. O____]*

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: September 17th, 2020**
**Wilmington, Delaware**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).