## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **LSC WIND DOWN, LLC, *et al.*,** [1] | : | **Case No. 17-10124 (KBO)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| **UMB BANK, N.A., as Plan Trustee of** | : | |
| **The Limited Creditors' Liquidating Trust,** | : | |
| | : | |
| **Plaintiff,** | : | **Adversary Proceeding** |
| | : | **No. 19-50272 (KBO)** |
| **v.** | : | |
| | : | **Ref. Adv. Docket No. 25** |
| **SUN CAPITAL PARTNERS V, LP;** | : | |
| **SUN MOD FASHIONS IV, LLC;** | : | |
| **SUN MOD FASHIONS V, LLC; and** | : | |
| **HIG SUN PARTNERS, LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATED AMENDED SCHEDULING ORDER

The undersigned hereby certifies that:

1.      On January 17, 2019, plaintiff UMB Bank, N.A., as Plan Trustee ("Plaintiff"),

filed the *Original Complaint* (the "Complaint") in the United States District Court for the

Southern District of Florida, thereby commencing an action (the "Action") against defendants

Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC and H.I.G.

Sun Partners, LLC (the "Defendants" and with the Plaintiff, the "Parties").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

2.      On March 18, 2019, the Defendants filed the *Defendants' Joint Motion to Transfer Venue and Incorporated Memorandum of Law in Support* (the "<u>Motion to Transfer Venue</u>") and *Defendants' Joint Rule 12(b)(6) Motion to Dismiss and Incorporated Memorandum of Law in Support* (the "<u>Motion to Dismiss</u>").

3.      On June 12, 2019, the District Court for the Southern District of Florida granted the Motion to Transfer Venue, thereby transferring venue of the Action to the United States District Court for the District of Delaware.  On July 10, 2019, the United States District Court for the District of Delaware referred the Adversary Proceeding to the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") initiating the above-captioned adversary proceeding.

4.      On March 23, 2020, the Bankruptcy Court entered a scheduling order in this proceeding (the "<u>Scheduling Order</u>") [Adv. Docket No. 25].

5.      The Parties have agreed to further amend the Scheduling Order as reflected in the *Stipulated Amended Scheduling Order* attached hereto as **<u>Exhibit A</u>**.  All Parties have reviewed and consented to entry of the Stipulated Amended Scheduling Order.

6.      The Parties respectfully request entry of the Stipulated Amended Scheduling Order at the convenience of the Bankruptcy Court.

DOCS_DE:231644.1 51411/003

Dated: November 13, 2020          PACHULSKI STANG ZIEHL & JONES LLP


*/s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
(302) 652-4100 (T)
(302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

-and-

Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

*Counsel to UMB Bank, N.A., as Plan Trustee of
The Limited Creditors' Liquidating Trust*