# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | :| |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | : | Case No. 17-10124 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| **UMB BANK, N.A., as Plan Trustee of** | : | |
| **The Limited Creditors' Liquidating Trust,** | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding |
| | : | No. 19-50272 (KBO) |
| v. | : | |
| | : | |
| **SUN CAPITAL PARTNERS V, LP;** | : | |
| **SUN MOD FASHIONS IV, LLC;** | : | |
| **SUN MOD FASHIONS V, LLC; and** | : | |
| **HIG SUN PARTNERS, LLC,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's November 13, 2020, stipulated amended scheduling order [Adv. Docket No. 47] (the "Scheduling Order"), plaintiff, UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust and defendants Sun Capital Partners V, LP; SUN MOD Fashions IV, LLC; Sun Mod Fashions V, LLC; and HIG Sun Partners, LLC, stipulate as follows:

1. The Honorable Allan K. Gropper (Ret.) shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

2. The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: December 1, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
 (302) 652-4100 (T)
 (302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

-and-

Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

*Counsel to UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust*

*/s/ Matthew O. Talmo*
Robert J. Dehney (#3578)
John DiTomo (#4850)
Matthew O. Talmo (#6333)
MORRIS NICHOLS ARSHT
& TUNNELL LLP
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:  rdehney@mnat.com
         jditomo@mnat.com
         mtalmo@mnat.com

-and-

Michael A. Duffy
Michael C. McCutcheon
BAKER & McKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: (312) 861-8000
Facsimile: (312) 861-2899
Email:  michael.duffy@bakermckenzie.com
         michael.mccutcheon@bakermckenzie.com

*Attorneys for Defendants Sun Capital Partners V, LP, Sun MOD Fashions IV, LLC, Sun MOD Fashions V, LLC, and HIG Sun Partners, LLC*