**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>LCS WIND DOWN, LLC, *et al.*,<br><br>Post-Confirmation Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br>(Jointly Administered) |
| UMB BANK, N.A., as Plan Trustee,<br><br>Plaintiff,<br>v.<br><br>SUN CAPITAL PARTNERS V, L.P., *et al.*,<br><br>Defendants. | Adv. Proc. No. 19-50272 (KBO) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Leo B. Oppenheimer of Reid Collins & Tsai, LLP, to represent UMB Bank, N.A., in connection with the above-captioned bankruptcy cases, the above-captioned adversary proceeding and any related matters and proceedings.

Dated: December 2, 2020

PACHULSKI STANG ZIEHL & JONES LLP
*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor, P O Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652-4400
Email: joneill@pszjlaw.com

Counsel to the Plan Trustee

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Texas. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 2, 2020
Dallas, Texas

*/s/ Leo B. Oppenheimer*
Leo B. Oppenheimer
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, Texas 75201
Tel: (214) 420-8900
Fax: (214) 420-8909
Email: loppenheimer@reidcollins.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.