# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.*, ) | |
| ) | Case No. 17-10124 (KBO) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| UMB BANK, N.A., as Plan Trustee of ) | |
| The Limited Creditors' Liquidating Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 19-50272 (KBO) |
| ) | |
| SUN CAPITAL PARTNERS V, LP, ) | |
| SUN MOD FASHIONS IV, LLC, ) | |
| SUN MOD FASHIONS V, LLC, and ) | |
| H.I.G. SUN PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 4, 2020, copies of **Defendants' First Amended Responses and Objections to Plaintiff's First Set of Requests for Production** and **Defendants' First Amended Responses and Objections to Plaintiff's First Set of Interrogatories** were served in the manner indicated on the parties identified below.

**Via Email**

Bradford J. Sandler
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
bsandler@pszjlaw.com
joneill@pszjlaw.com

Eric D. Madden
Gregory S. Schwegmann
Leo Oppenheimer
REID COLLINS & TSAI LLP
Thanksgiving Tower
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
emadden@rctlegal.com
gschwegmann@rctlegal.com
loppenheimer@rctlegal.com

| | |
|---|---|
| Date: December 4, 2020 | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Robert J. Dehney (#3578)<br>John DiTomo (#4850)<br>Matthew O. Talmo (#6333)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@mnat.com<br>       jditimo@mnat.com<br>       mtalmo@mnat.com<br><br>-and-<br><br>Michael A. Duffy<br>Michael C. McCutcheon<br>**BAKER MCKENZIE, LLP**<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>Telephone: (312) 861-8000<br>Facsimile: (312) 698-2899<br>Email: michael.duffy@bakermckenzie.com<br>       michael.mccutcheon@bakermckenzie.com |