# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | : | Case No. 17-10124 (KBO) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| **UMB BANK, N.A., as Plan Trustee of** | : | |
| **The Limited Creditors' Liquidating Trust,** | : | Adversary Proceeding |
| | : | No. 19-50272 (KBO) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SUN CAPITAL PARTNERS V, LP,** | : | |
| **SUN MOD FASHIONS IV, LLC,** | : | |
| **SUN MOD FASHIONS V, LLC, and** | : | |
| **H.I.G. SUN PARTNERS, LLC,** | : | |
| | : | |
| Defendants. | : | |

## TRUSTEE'S NOTICE REGARDING SUBPOENA TO BE ISSUED
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 45

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust, hereby provides notice to Defendants regarding the enclosed subpoena to be issued to Kenilworth Creations, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LSC Wind Down, LLC (f/k/a Limited Stores Company, LLC) (6463); LS Wind Down, LLC (f/k/a Limited Stores, LLC) (0165); and TLSGC Wind Down, LLC (f/k/a The Limited Stores GC, LLC) (6094).

Dated: January 12, 2021								Respectfully submitted,

*/s/ Eric D. Madden*
Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

-and-

Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899
(302) 652-4100 (T)
(302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

*Counsel to UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2021, this document was served, via electronic mail and first-class U.S. mail, on the following counsel of record for Defendants.

    Robert J. Dehney
    John DiTomo
    Matthew O. Talmo
    MORRIS NICHOLS ARSHT & TUNNELL LLP
    1201 North Market Street, Suite 1600
    Wilmington, DE 19801
    rdehney@mnat.com
    jditimo@mnat.com
    mtalmo@mnat.com

    Michael A. Duffy
    Michael C. McCutcheon
    BAKER MCKENZIE LLP
    300 East Randolph Street, Suite 5000
    Chicago, IL 60601
    michael.duffy@bakermckenzie.com
    micheal.mccutcheon@bakermckenzie.com

                                               */s/ Eric D. Madden*
                                               Eric D. Madden