IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LSC WIND DOWN, LLC, *et al.*[1], | ) | Case No. 17-10124 (KBO) |
| | ) | |
| Debtors, | ) | Jointly Administered |
| | ) | |
| UMB BANK, N.A., as Plan Trustee of | ) | |
| The Limited Creditors' Liquidating Trust, | ) | |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding |
| | ) | No. 19-50272 (KBO) |
| v. | ) | |
| | ) | |
| SUN CAPITAL PARTNERS V, LP; | ) | |
| SUN MOD FASHIONS IV, LLC; | ) | |
| SUN MOD FASHIONS V, LLC; and | ) | |
| HIG SUN PARTNERS, LLC, | ) | |
| | ) | |
| Defendants | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael D. Lehrman of Baker & McKenzie LLP, 300 East Randolph Street, Suite 5000, Chicago, IL 60601 to represent Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC, in connection with the above-captioned bankruptcy cases, the above-captioned adversary proceeding and any related matters and proceedings.

Dated: February 3, 2021　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　　*/s/ Matthew O. Talmo*
　　　　　　　　　　　　　　　　　Matthew O. Talmo
　　　　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　Telephone: (302) 658-9200
　　　　　　　　　　　　　　　　　Email: mtalmo@morrisnichols.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I, Michael D. Lehrman, certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of Illinois. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 3, 2021
Chicago, IL

                                              */s/ Michael D. Lehrman*
                                              Michael D. Lehrman
                                              BAKER & McKENZIE LLP
                                              300 East Randolph Street, Suite 5000
                                              Chicago, Illinois 60601
                                              Telephone: (312) 861-8000
                                              Facsimile: (312) 698-2763
                                              Email: michael.lehrman@bakermckenzie.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: February 4th, 2021　　　　　　　　　　　　KAREN B. OWENS
Wilmington, Delaware　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE