# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | Case No. 17-10124 (KBO) |
| Debtors. | (Jointly Administered) |
| **UMB BANK, N.A.,** as Plan Trustee of The Limited Creditors' Liquidating Trust, | |
| Plaintiff, | Adversary Proceeding No. 19-50272 (KBO) |
| v. | |
| **SUN CAPITAL PARTNERS V, LP;** **SUN MOD FASHIONS IV, LLC;** **SUN MOD FASHIONS V, LLC;** and **HIG SUN PARTNERS, LLC,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 5th day of February, 2021, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**[Signed] Stipulated Second Amended Scheduling Order [Adv. Docket No. 65]**

Dated: February 5, 2021                        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
 (302) 652-4100 (T)
 (302) 652-4400 (F)
joneill@pszjlaw.com

Counsel to the Plaintiff

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

Re Limited Stores C., 17-10124 (KBO)
*UMB Bank, NA v Sun Capital Partners V, LP, et al.*
Adv. Proc. No. 19-50272 (KBO)
Doc #224537
05-Electronic Mail

(Counsel to Defendants)
Baker & McKenzie LLP
Michael A. Duffy
Michael C. McCutcheon
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Email:  michael.duffy@bakermckenzie.com
           michael.mccutcheon@bakermckenzie.com

(Counsel to Defendants)
Morris Nichols Arsht & Tunnell LLP
Robert J. Dehney
John DiTomo
Matthew O. Talmo
1201 North Market Street
Suite 1600
Wilmington DE 19801
Email:  rdehney@mnat.com
           jditomo@mnat.com
           mtalmo@mnat.com