**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:**<br><br>**LSC WIND DOWN, LLC, *et al.*,**[1]<br><br>**Debtors.** | : | **Chapter 11**<br><br>**Case No. 17-10124 (KBO)**<br><br>**(Jointly Administered)** |
| **UMB BANK, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SUN CAPITAL PARTNERS V, LP, SUN MOD FASHIONS IV, LLC, SUN MOD FASHIONS V, LLC, and H.I.G. SUN PARTNERS, LLC,**<br><br>**Defendants.** | : | **Adversary Proceeding No. 19-50272 (KBO)** |

**NOTICE OF SERVICE OF DISCOVERY**

PLEASE TAKE NOTICE THAT on February 8, 2021, the Trustee served the *Trustee's Second Set of Requests for Production to Defendant Sun Capital Partners V, LP* upon the parties listed below via electronic mail:

| | |
|---|---|
| Robert J. Dehney<br>John DiTomo<br>Matthew O. Talmo<br>MORRIS NICHOLS<br>ARSHT & TUNNELL LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>rdehney@mnat.com<br>jditimo@mnat.com<br>mtalmo@mnat.com | Michael A. Duffy<br>Michael C. McCutcheon<br>BAKER MCKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, IL 60601<br>michael.duffy@bakermckenzie.com<br>micheal.mccutcheon@bakermckenzie.com |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: LSC Wind Down, LLC (f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC (f/k/a Limited Stores, LLC) (0165); and TLSGC Wind Down, LLC (f/k/a The Limited Stores GC, LLC) (6094).

Dated: February 9, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Bradford J. Sandler (Bar No. 4142)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
(302) 652-4100 (T)
(302) 652-4400 (F)
bsandler@pszjlaw.com
joneill@pszjlaw.com

-and-

Eric D. Madden (admitted *pro hac vice*)
Gregory S. Schwegmann (admitted *pro hac vice*)
Michael J. Yoder (admitted *pro hac vice*)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4200
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
emadden@reidcollins.com
gschwegmann@reidcollins.com
myoder@reidcollins.com

*Counsel to UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust*