# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **LSC WIND DOWN, LLC,** *et al.*,[1] <br><br>   Debtors. | Chapter 11 <br><br> Case No. 17-10124 (KBO) <br><br> (Jointly Administered) |
| **UMB BANK, N.A.**, as Plan Trustee of The Limited Creditors' Liquidating Trust, <br><br>   Plaintiff, <br><br> v. <br><br> **SUN CAPITAL PARTNERS V, LP;** <br> **SUN MOD FASHIONS IV, LLC;** <br> **SUN MOD FASHIONS V, LLC;** and <br> **HIG SUN PARTNERS, LLC,** <br><br>   Defendants. | Adversary Proceeding <br> No. 19-50272 (KBO) |

### ORDER GRANTING TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON (1) AFFIRMATIVE DEFENSE OF LIMITATIONS, AND (2) EXISTENCE OF A PREDICATE CREDITOR UNDER 11 U.S.C. § 544(b)(1)

This matter having come before the Court on the *Trustee's Motion for Partial Summary Judgment on (1) Affirmative Defense of Limitations, and (2) Existence of a Predicate Creditor Under 11 U.S.C. § 544(b)(1)* (the "Motion") filed by Plaintiff UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust; and the Court having considered the Motion, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

1

evidence submitted in support of the Motion, all responses to the Motion, and the arguments presented by counsel; and it appearing, for the reasons stated on the record at the hearing(s) on the Motion, that good causes exists to grant the relief requested in the Motion;[2] it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that judgment is hereby entered in the Trustee's favor on Sun Capital's affirmative defense based on the statute of limitations; and it is further

ORDERED that judgment is hereby entered in the Trustee's favor regarding the existence of an unsecured creditor with an allowable claim against Limited Stores whose cause of action to avoid the Transfer under the FUFTA was not time-barred as of the Petition Date.

---

[2] Capitalized terms not defined herein shall have the same meanings ascribed to such terms in the *Trustee's Opening Brief in Support of Motion for Partial Summary Judgment on (1) Affirmative Defense of Limitations, and (2) Existence of a Predicate Creditor Under 11 U.S.C. § 544(b)(1)*.