# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LSC WIND DOWN, LLC,** *et al.*,[1] | Case No. 17-10124 (KBO) |
| Debtors. | (Jointly Administered) |
| **UMB BANK, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust,** | |
| Plaintiff, | Adversary Proceeding No. 19-50272 (KBO) |
| v. | |
| **SUN CAPITAL PARTNERS V, LP; SUN MOD FASHIONS IV, LLC; SUN MOD FASHIONS V, LLC; and HIG SUN PARTNERS, LLC,** | |
| Defendants. | |

**TRUSTEE'S APPENDIX OF EXHIBITS IN SUPPORT OF TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON (1) AFFIRMATIVE DEFENSE OF LIMITATIONS, AND (2) EXISTENCE OF A PREDICATE CREDITOR UNDER 11 U.S.C. § 544(b)(1)**

Plaintiff UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust, respectfully submits this appendix of exhibits in support of the *Trustee's Motion for Partial Summary Judgment on (1) Affirmative Defense of Limitations, and (2) Existence of a Predicate Creditor Under 11 U.S.C. § 544(b)(1)*, filed concurrently herewith. The exhibits submitted by the Trustee are attached hereto as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are LSC Wind Down, LLC f/k/a Limited Stores Company, LLC (6463); LS Wind Down, LLC f/k/a Limited Stores, LLC (0165); and TLSGC Wind Down, LLC f/k/a The Limited Stores GC, LLC (6094).

| Exhibit | Exhibit Description | Appendix Pages |
|---|---|---|
| A | Original Complaint | A001-22 |
| B | Opinion [D.I. 17] | A023-31 |
| C | Defendants' Answer to Complaint and Affirmative Defenses [D.I. 20] | A032-61 |
| D | Declaration of Timothy D. Boates of Limited Stores Company, LLC, in Support of Debtors' Chapter 11 Petitions and First Day Motions (Bankr. No. 17-10124 [D.I. 12]) | A062-96 |
| E | Disclosure Statement With Respect to Modified Joint Chapter 11 Plan of Liquidation of LSC Wind Down, LLC F/K/A Limited Stores Company, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code. (Bankr. No. 17-10124 [D.I. 617]) | A097-A183 |
| F | Transcript of Deposition of Steven Michael Abrams conducted January 28, 2021 | A184-259 |
| G | Proof of Claim No. 646 filed March 24, 2017 by Arden Jewelry Mfg. Co., Exhibit 4 to Deposition of Steven Michael Abrams | A260-326 |
| H | Transcript of Deposition of Eric John Soloff conducted January 28, 2021 | A327-96 |
| I | Proof of Claim No. 16 filed January 27, 2017 by Kenilworth Creations, Inc., Exhibit 4 to Deposition of Eric John Soloff | A397-836 |
| J | Declaration of Brett Finkelstein and attached Proof of Claim No. 6 filed January 24, 2017, by One Stop Facilities Maintenance Corp. | A837-46 |

DOCS_DE:233255.1 51411/003

| | |
|---|---|
| Dated: March 2, 2021 | */s/  James E. O'Neill* |
| | Bradford J. Sandler (#4142) |
| | James E. O'Neil (#4042) |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 919 N. Market Street, 17th Floor |
| | P O Box 8705 |
| | Wilmington, DE 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Email: bsandler@pszjlaw.com |
| | joneill@pszjlaw.com |
| | |
| | -and- |
| | |
| | Eric D. Madden (admitted pro hac vice) |
| | Gregory S. Schwegmann (admitted pro hac vice) |
| | Michael J. Yoder (admitted pro hac vice) |
| | Leo B. Oppenheimer (admitted pro hac vice) |
| | REID COLLINS & TSAI LLP |
| | 1601 Elm Street, Suite 4200 |
| | Dallas, Texas 75201 |
| | (214) 420-8900 (T) |
| | (214) 420-8909 (F) |
| | emadden@reidcollins.com |
| | gschwegmann@reidcollins.com |
| | myoder@reidcollins.com |
| | loppenheimer@reidcollins.com |
| | |
| | *Counsel to UMB Bank, N.A., as Plan Trustee of The Limited Creditors' Liquidating Trust* |