# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.* | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Sun Capital Partners V, L.P., *et al.,*<br><br>    Defendants. | Adv. Proc. No. 19-50272 (KBO) |

## STIPULATION REGARDING BRIEFING SCHEDULE

Plaintiff UMB Bank, N.A., as Plan Trustee, (the "Plaintiff") in the above-captioned adversary proceeding (the "Adversary Proceeding") and defendants Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC and H.I.G. Sun Partners, LLC (the "Defendants") hereby stipulate and agree (the "Stipulation"), by and through undersigned counsel, as follows:

WHEREAS, on January 17, 2019, the Plaintiff filed a complaint thereby commencing this action against the Defendants;

WHEREAS, on March 2, 2021, the Plaintiff filed the *Trustee's Motion for Partial Summary Judgment on (1) Affirmative Defense of Limitations, and (2) Existence of a Predicate Creditor Under 11 U.S.C. § 544(b)(1)* (A.D.I. 69) (the "Motion for Summary Judgment").

WHEREAS the Plaintiff and Defendants have stipulated and agreed that the deadline for the Defendants to respond to the Motion for Summary Judgment shall be March 23, 2021.

WHEREAS the Plaintiff and Defendants have stipulated and agreed that the deadline for the Plaintiff to file a reply in support of the Motion for Summary Judgment shall be April 1, 2021.

THEREFORE, in consideration of the foregoing, the Plaintiff and Defendants stipulate and agree that:

1. The deadline by which the Defendants may respond to the Motion for Summary Judgment shall be March 23, 2021.

2. The deadline by which the Plaintiff may file a reply in support of the Motion for Summary Judgment shall be April 1, 2021.

3. Except as specifically set forth herein, all rights, claims and defenses of the Parties are fully preserved.

*(Signature page follows)*

| **PACHULSKI STANG ZIEHL & JONES LLP** | **MORRIS NICHOLS ARSHT & TUNNELL LLP** |
|---|---|
| /s/ James E. O'Neill<br>Bradford J. Sandler (#4142)<br>James E. O'Neill (#4042)<br>919 N. Market Street, 17th Floor<br>P O Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: bsandler@pszjlaw.com<br>      joneill@pszjlaw.com<br><br>-and-<br><br>Eric D. Madden<br>Gregory S. Schwegmann<br>**REID COLLINS & TSAI LLP**<br>Thanksgiving Tower<br>1601 Elm Street, 42nd Floor<br>Dallas, Texas 75201<br>Telephone: (214) 420-8900<br>Email: emadden@rctlegal.com<br>      gschwegmann@rctlegal.com<br><br>*Attorneys for Plaintiff UMB Bank, N.A., as Plan Trustee* | /s/ Matthew O. Talmo<br>Robert J. Dehney (#3578)<br>John DiTomo (#4850)<br>Matthew O. Talmo (#6333)<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: rdehney@mnat.com<br>      jditomo@mnat.com<br>      mtalmo@mnat.com<br><br>-and-<br><br>Michael A. Duffy<br>Michael C. McCutcheon<br>**BAKER & McKENZIE LLP**<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>Telephone: (312) 861-8000<br>Facsimile: (312) 861-2899<br>Email: michael.duffy@bakermckenzie.com<br>      michael.mccutcheon@bakermckenzie.com<br><br>*Attorneys for Defendants Sun Capital Partners V, L.P., Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC* |