IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LSC WIND DOWN, LLC, *et al.* | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered) |
| UMB Bank, N.A., as Plan Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>Sun Capital Partners V, L.P., *et al.,*<br><br>    Defendants. | Adv. Proc. No. 19-50272 (KBO) |

## ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE

Upon consideration of the *Stipulation Regarding Briefing Schedule* (the "Stipulation"),[1] and the Court having determined that good and adequate cause exists for approval of the Stipulation, it is hereby ORDERED that:

1. The Stipulation is approved.

2. The deadline by which the Defendants may respond to the Motion for Summary Judgment shall be March 23, 2021.

3. The deadline by which the Plaintiff may file a reply in support of the Motion for Summary Judgment shall be April 1, 2021.

4. The deadlines set forth herein may be further extended by agreement of the parties or order of the Court.

---

[1] Undefined terms used herein shall have the meanings ascribed to them in the Stipulation.

5. The Court shall, and hereby does, retain jurisdiction with respect to the enforcement, implementation and interpretation of this Order.

Dated: March 16th, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE