# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.,* | ) | |
| | ) | Case No. 17-10124 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| UMB BANK, N.A., as Plan Trustee of | ) | |
| The Limited Creditors' Liquidating Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19-50272 (KBO) |
| | ) | |
| SUN CAPITAL PARTNERS V, LP, | ) | |
| SUN MOD FASHIONS IV, LLC, | ) | |
| SUN MOD FASHIONS V, LLC, and | ) | |
| H.I.G. SUN PARTNERS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT
## ON TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Del. Bankr. L.R. 7007-3, Defendants Sun Capital Partners V, LP, Sun Mod Fashions IV, LLC, Sun Mod Fashions V, LLC, and H.I.G. Sun Partners, LLC, by and through their undersigned counsel, hereby respectfully request oral argument be scheduled on the *Trustee's Motion for Partial Summary Judgment on (1) Affirmative Defense of Limitations, and (2) Existence of a Predicate Creditor Under 11 U.S.C. 544(b)(1)* (D.I. 69) (the "Motion"). The Motion is fully briefed and ready for the Court's consideration.

Date: April 8, 2021                        **MORRIS NICHOLS ARSHT & TUNNELL LLP**

                                               */s/ Matthew O. Talmo*
                                               Robert J. Dehney (#3578)
                                               John DiTomo (#4850)
                                               Matthew O. Talmo (#6333)
                                               1201 North Market Street, Suite 1600
                                               Wilmington, DE 19801
                                               Telephone: (302) 658-9200
                                               Facsimile: (302) 658-3989
                                               Email:  rdehney@mnat.com
                                                                jditimo@mnat.com
                                                                mtalmo@mnat.com

                                                                     -and-

                                               Michael A. Duffy
                                               Michael C. McCutcheon
                                               **BAKER MCKENZIE, LLP**
                                               300 East Randolph Street, Suite 5000
                                               Chicago, Illinois 60601
                                               Telephone: (312) 861-8000
                                               Facsimile: (312) 698-2899
                                               Email:  michael.duffy@bakermckenzie.com
                                                                michael.mccutcheon@bakermckenzie.com