UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------:
In Re:
                                                         :
LSC WIND DOWN, LLC,                                          CHAPTER 11
                                                         :
            Debtor                                           Case No. 17-10124 (KBO)
                                                         :
---------------------------------------------------------    (Jointly Administered)
UMB BANK, N.A., as Plan Trustee,                         :
                                                             Adversary Proceeding
            Plaintiff                                        No. 19-50272 (KBO)
                                                         :
    Vs.
                                                             MEDIATOR'S CERTIFICATE OF COMPLETION
SUN CAPITAL PARTNERS V, L.P. et al.,                     :

            Defendants
                                                         :
---------------------------------------------------------

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated December 2, 2020, the undersigned reports that the mediation was held and completed on April 15, 2021, and resolved in the following manner:

(a) The following parties were present remotely or by telephone connection:

(1) Plaintiff UMB Bank, as Plan Trustee and by counsel, Reid Collins & Tsai LLC (lead counsel, Eric D. Madden).

(2) Defendants by officer and by counsel, Baker & McKenzie LLP (lead counsel Michael A. Duffy).

(b) No party failed to appear or participate as ordered.

(c) The matter was not resolved and should proceed to trial.

Dated: April 30, 2021

*Allan L. Gropper*
Allan L. Gropper
115 Central Park West
New York, New York 10023
917-714-7605

Cc: Counsel of Record