## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LSC WIND DOWN, LLC, *et al.,* ) | |
| ) | Case No. 17-10124 (CTG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |
| UMB BANK, N.A., as Plan Trustee of ) | |
| The Limited Creditors' Liquidating Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 19-50272 (CTG) |
| ) | |
| SUN CAPITAL PARTNERS V, LP, ) | |
| SUN MOD FASHIONS IV, LLC, ) | |
| SUN MOD FASHIONS V, LLC, and ) | |
| H.I.G. SUN PARTNERS, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 9, 2021, *Defendant Sun Mod Fashions V, LLC's Objections and Responses to Trustee's Second Set of Requests for Admission* and *Sun Mod Fashions IV, LLC's Objections and Responses to Trustee's Second Set of Requests for Admission* were served in the manner indicated on the parties identified below.

**Via Email**

Bradford J. Sandler
James E. O'Neill
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P O Box 8705
Wilmington, DE 19899 (Courier 19801)
bsandler@pszjlaw.com
joneill@pszjlaw.com

Eric D. Madden
Gregory S. Schwegmann
Leo Oppenheimer
Michael Yoder
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
emadden@rctlegal.com
gschwegmann@rctlegal.com
loppenheimer@rctlegal.com
myoder@reidcollins.com

Date: June 9, 2021                              **MORRIS NICHOLS ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney (#3578)
John DiTomo (#4850)
Matthew O. Talmo (#6333)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
           jditimo@mnat.com
           mtalmo@mnat.com

           -and-

Michael A. Duffy
Michael C. McCutcheon
**BAKER MCKENZIE, LLP**
300 East Randolph Street, Suite 5000
Chicago, Illinois 60601
Telephone: (312) 861-8000
Facsimile: (312) 698-2899
Email: michael.duffy@bakermckenzie.com
           michael.mccutcheon@bakermckenzie.com